No. 1081. PRICE *v.* JOHNSTON, WARDEN. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Homer C. Price, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Henry J. Fox* for respondent.

No. 1108. QUINN, ADMINISTRATRIX, *v.* AMERICAN RANGE LINES, INC., ET AL. May 4, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Abraham E. Freedman* for petitioner. *Messrs. J. Harry LaBrum* and *James S. Benn, Jr.* for respondents.

No. 1153. BAUER *v.* MARTIN, WARDEN. May 4, 1942. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Alfred Bauer, pro se.*

No. 1102. MILLER *v.* DUFFY, WARDEN. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *John Russell Miller, pro se.*

No. 1103. MILLER *v.* DUFFY, WARDEN. May 4, 1942. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *John Russell Miller, pro se.*